UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID ALLEN ANTONIO
FLEMINGS, JR.,

    Defendant.

Case No. 3:22-cr-035

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

### ORDER ADOPTING IN FULL THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 19)

---

This criminal case is before the Court on the Report and Recommendation of the Magistrate Judge, recommending that the Court accept Defendant's guilty plea. Doc. No. 19. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant's plea of guilty as charged in count one of the Information, which charges him with knowing and intentional possession of marijuana, in violation of Title 21 U.S.C. § 844(a). Doc. No. 14. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **July 14, 2022, at 11:00 AM**.

    **IT IS SO ORDERED.**

  May 6, 2022                                               s/ Michael J. Newman
                                                                          Hon. Michael J. Newman
                                                                          United States District Judge